# CASE ANNOUNCEMENTS
## *April 15, 2011*

[Cite as *04/15/2011 Case Announcements*, 2011-Ohio-1815.]

## MOTION AND PROCEDURAL RULINGS

**2011–0020.  State v. Slider.**
Washington App. No. 09CA41, 2010-Ohio-5952. This cause is pending before the court as a discretionary appeal. On January 4, 2011, appellant filed a notice that a motion to certify a conflict was pending in the court of appeals and, pursuant to S.Ct.Prac.R. 4.4(A)(4), this court stayed consideration of the jurisdictional memoranda filed in this appeal.

Whereas appellant has neither notified this court that the court of appeals determined that a conflict does not exist as provided by S.Ct.Prac.R. 4.4(B) nor filed a copy of the court of appeals' order certifying the existence of a conflict as provided by S.Ct.Prac.R. 4.4(C), it is ordered by the court, sua sponte, that appellant show cause within fourteen days of the date of this entry why this court should not proceed to consider the jurisdictional memoranda in this appeal pursuant to S.Ct.Prac.R. 3.6.

**2011–0441.  State ex rel. Kingsley v. State Emp. Relations Bd.**
Franklin App. No. 09AP–1085, 2011-Ohio-428. This cause was filed as a discretionary appeal and claimed appeal of right.

Upon consideration of the joint motion to designate the case as an appeal of right, it is ordered by the court that the motion is granted. This case shall proceed as an appeal of right pursuant to S.Ct.Prac.R. 2.1(A)(1).

It is ordered by the court that the Clerk shall issue an order for the transmission of the record from the Court of Appeals for Franklin County, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 6.2–6.7.

**2011–0537.  U.S. Bank, N.A. v. Cwik.**
Hamilton App. No. C–100237. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County.

Upon consideration of appellant's motion for stay of eviction, it is ordered by the court that the motion is denied.

LANZINGER, J., dissents.

# CASE ANNOUNCEMENTS
## *April 20, 2011*

[Cite as *04/20/2011 Case Announcements*, 2011-Ohio-1829.]

## MERIT DECISIONS WITHOUT OPINIONS

**2010–2141.  [State ex rel.] Wolfe v. Ross Corr. Inst.**
In Mandamus. On motion to dismiss. Motion to dismiss granted. Relator must obtain the sentencing entry which he seeks from the Montgomery County Clerk of Courts, not from the respondents in this case. Cause dismissed.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.